**Order entered August 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00957-CV

**BRIAN A. SMALE, Appellant**

**V.**

**JOHN S. SMALE, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50581-2014**

## ORDER

The Court is in receipt of the attached notice of nonrepresentation filed by Evaleen M. Davis. In the notice, Ms. Davis informs the Court she represented appellee in the trial court only. She further informs the Court appellee is deceased, and she is unaware of anyone appearing on behalf of appellee's estate. Because it does not appear a copy of the notice was sent to appellant and the notice does not give appellee's last known address and telephone number as required by Texas Rules of Appellate Procedure 6.4(a) and 9.5(a), the Court **DIRECTS** Ms. Davis to file an amended notice complying with the rules. The Court further **DIRECTS** Ms. Davis to include in the notice (1) the names and contact information for the heirs and executor or administrator of appellee's estate or (2) a written statement she is unaware of any

executor, administrator or heir.  *See* TEX. R. CIV. P. 152; *Casillas v. Cano*, 79 S.W.3d 587, 591 (Tex. App.—Corpus Christi 2002, order).

/s/    CRAIG STODDART
        JUSTICE